UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDGAR L. BINION,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

                                /

Case No. 1:08-CV-15

Hon. Gordon J. Quist

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on December 23, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 23, 2008, is approved and adopted as the opinion of the court. The Commissioner's decision is **affirmed**.

This case is **concluded**.

Dated: January 16, 2009                                      /s/ Gordon J. Quist
                                                                               GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE